FILED

03/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

| | |
|---|---|
| STATE OF MONTANA,<br>　　　　　　Plaintiff and Appellee,<br><br>　　　　　-vs-<br><br>BILLY LEE HENDERSON III,<br>　　　　Defendant and Appellant. | Cause No. DA-19-0396<br><br><br>**ORDER DISMISSING APPEAL<br>WITH PREJUDICE** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Appellant / Defendant Appeal is HEREBY dismissed with Prejudice.

CC:　　Stevenson Law Office
　　　　Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 7 2022